

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00292-CR

ORLANDO REYES PEREZ
v.
THE STATE OF TEXAS

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-1855-19-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that one judgment of the trial court should be affirmed and that the other judgments should be vacated. The Court AFFIRMS the judgment of conviction for continuous sexual abuse of a young child and VACATES each judgment of conviction for aggravated sexual assault of a child.

We further order this decision certified below for observance.

February 22, 2024